BETH MAXWELL STRATTON #138049
The Stratton Law Firm
829 N. Van Ness Ave.
Fresno, CA 93728
Telephone: (559) 441-4233
Facsimile: (559) 441-4234

Attorney For Cab West, LLC, Movant

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

In the Matter of

RAYNADO FANDIALAN GARCIA and LILIA A. GARCIA,

Debtors.

Cab West, LLC,

Movant.

vs.

RAYNADO FANDIALAN GARCIA and LILIA A. GARCIA, and JAMES E. SALVEN, Trustee of the Bankruptcy Estate of Raynado Fandialan Garcia and Lilia A. Garcia,

Respondents.

Case No. 10-11964-A-7F

DC. No. BMS-1

MOTION OF CAB WEST, LLC FOR TERMINATION OF AUTOMATIC STAY OR FOR ADEQUATE PROTECTION [11 U.S.C. §362; FEDERAL RULES OF BANKRUPTCY PROCEDURE RULE 4001]

Date: June 22, 2010
Time: 1:30 p.m.
Dept: Hon. Whitney Rimel
2500 Tulare Street, Fifth Floor, Courtroom 11, Fresno, California

Cab West, LLC (hereafter "movant"), respectfully represents and moves this court as follows:

1. This motion is made pursuant to the local rules of the bankruptcy court.

2. Raynado Fandialan Garcia and Lilia A. Garcia (hereafter "debtors") filed a

1

voluntary petition under Chapter 7 of Title 11 of the United States Code with this court on February 26, 2010. James E. Salven (hereafter "trustee") is the duly appointed, qualified, and acting trustee of the estate of the above-referenced debtors and is a representative of the unsecured creditors of debtors' estate. Movant believes that trustee may claim some interest in and to the vehicle described below which movant seeks to recover.

3. A Relief From Stay Information Sheet, which is required by this court to be attached to all motions under 11 U.S.C. §362 and which states the extent and priority of liens against the property with which this motion is concerned, is filed herewith.

4. Movant is the assignee of a Motor Vehicle Lease Agreement dated April 21, 2007, wherein Raynado F. Garcia and and Julius Garcia leased a 2007 Lincoln Navigator, bearing vehicle identification number 15LMFL28587LJ17372. A true and correct copy of said contract is attached as Exhibit A in Support Of Motion of Cab West, LLC for Termination of Automatic Stay or for Adequate Protection, filed herewith. Pursuant to said contract, Raynado F. Raynado F. Garcia and Julius Garcia were obligated to pay movant certain payments as set forth in said contract.

5. The above-described contract is a lease, not a purchase contract, and movant is the owner of the above-described vehicle. A true and exact copy of the ownership certificate of the above-described vehicle showing movant as owner of, and lienholder on, said vehicle is attached to Exhibits A and B in Support Of Motion of CAB West, LLC for Termination of Automatic Stay or for Adequate Protection as Exhibit B, filed herewith.

6. Debtors lease matured on April 21, 2010 and movant has possession of said vehicle. The residual amount debtors must pay to keep said vehicle is $28,124.40.

7. Movant's claim under the above-described contract with Raynado F. Garcia and Julius Garcia, as of February 26, 2010 is $937.95, exclusive of any unmatured interest, and excluding the amount of the purchase option under the above-described contract exercisable by debtors at the end of the lease term set forth in said contract, provided that Raynado F. Raynado F. Garcia and Julius Garcia are not in default under said contract at that time.

8. The value for said vehicle is $31,625.00.

2

| | |
|---|---|
| 1 | 9. This motion is based on this pleading, the declaration of Barbara Codd, and |
| 2 | memorandum of points and authorities filed herewith, and such oral and documentary |
| 3 | evidence as may be presented at the time of the hearing of the motion. |
| 4 | 10. Movant requests that the court's order include a waiver of Federal Rules of |
| 5 | Bankruptcy Procedure Rule 4001(a)(3) such that the automatic stay is lifted upon entry of the |
| 6 | order, and there be no 10-day waiting period. |
| 7 | WHEREFORE, movant prays as follows: |
| 8 | 1. For an order of this court terminating the automatic stay imposed pursuant to |
| 9 | 11 U.S.C. §362(a), with a waiver of the 10-day waiting period of Federal Rules of |
| 10 | Bankruptcy Procedure Rule 4001(a)(3), allowing movant to proceed with those rights granted |
| 11 | to it in the above-described contract with Raynado F. Raynado F. Garcia and Julius Garcia, |
| 12 | with respect to the above-described vehicle, and under California law, including the right to |
| 13 | repossess and sell the above-described vehicle; or |
| 14 | 2. For adequate protection as the court deems fit to award to movant herein; and |
| 15 | 3. For such other and/or further relief as the court deems just and proper. |

DATED: May 10, 2010.

BETH MAXWELL STRATTON, Attorney for
Movant, Cab West, LLC